```
                                    FILED
                                  AUG 2 0 2009
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS HUMBERTO GARCIA-LOPEZ, <br><br> Defendant | Case Number: 09 cr 2001-GT <br><br> ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER AUTHORIZING TEN ADDITONAL HOURS OF INVESTIGATIVE WORK |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled application and AUTHORIZES the defendant to bill under the Criminal Justice Act for ten additional investigative hours in this case.

**SO ORDERED.**

Dated: August 20, 2009

HON. GORDON THOMPSON
U.S. District Court Judge

- 09 cr 2001-GT